**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-10137 |
| Plaintiff - Appellee, | D.C. No. 2:11-cr-00691-SRB |
| v. | |
| MICHAEL ANGELO ATONDO, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Susan R. Bolton, District Judge, Presiding

Submitted November 19, 2013[**]

Before:   CANBY, TROTT, and THOMAS, Circuit Judges.

Michael Angelo Atondo appeals from the district court's judgment and

challenges his jury-trial conviction and 96-month sentence for conspiracy to

commit importation of marijuana, in violation of 21 U.S.C. §§ 846, 952(a),

960(a)(1), and 960(b)(2)(G); and conspiracy to possess with intent to distribute and

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

possession with intent to distribute marijuana, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(vii), and 846.  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Atondo's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.  Atondo has filed a pro se supplemental brief.  No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**